159 A.3d 937

Robert RAMIREZ, Petitioner

v.

Nancy GIROUX (SCI Albion Superintendent)

No. 323 EAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

168

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.